| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>DIAMOND, GUSTAVE | 2. Court or Organization<br><br>U.S. District Court, W.D. PA | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court, W.D. PA<br>821 U.S.P.O. & Courthouse<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -8 A 9: 47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 2007 | New York City | Annual Judges Dinner | Travel, lodging and food for self ▌▌▌ |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Equity Income Fund, IRA | A | Dividend | J | T | Part Redem | 11/30 | J | | |
| 2. Formerly Legg-Mason Mny Mkt, now Smith Barney cash portfolio | A | Interest | J | T | | | | | |
| 3. Am. Funds, Washington Mutual Investors Fund | A | Dividend | L | T | | | | | |
| 4. AFLAC, Stock | A | Dividend | K | T | | | | | |
| 5. Am. Funds, Investment Co. of Am. | A | Dividend | K | T | | | | | |
| 6. Motorola, Stock | A | Dividend | J | T | | | | | |
| 7. Procter & Gamble, Stock | A | Dividend | K | T | | | | | |
| 8. Duke Realty, Pref Stock | B | Dividend | | T | Sell | 12/31 | K | (D) | |
| 9. PNC, Stock | A | Dividend | J | T | | | | | |
| 10. Suntrust Banks | A | Dividend | J | T | | | | | |
| 11. Am. Funds, Growth Fund of America | A | Dividend | K | T | | | | | |
| 12. PA State Second Sec. Bond | A | Interest | K | T | Buy | 6/20 | K | | |
| 13. Lancaster, PA General Oblig. Bond | A | Interest | K | T | Buy | 6/20 | K | | |
| 14. Am. Funds, American Balanced Fund | B | Dividend | K | T | | | | | |
| 15. Blackrock Dividend Achievers Trust | A | Dividend | J | T | | | | | |
| 16. Am. Funds, Capital Income Builder | C | Dividend | M | T | | | | | |
| 17. Am. Funds, Fundamental Investors Fund | A | Dividend | K | T | Buy | 1/10 2/12 6/20 | J J J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Funds, New Perspective | A | Dividend | K | T | | | | | |
| 19. Legg Mason Value Trust | A | Dividend | L | T | | | | | |
| 20. PA Public School Building Bond | A | Interest | K | T | Buy | 6/20 | K | | |
| 21. PA State Higher Edu. Bond | A | Interest | K | T | Buy | 6/20 | K | | |
| 22. Philadelphia, PA Hosp. Bond | A | Interest | K | T | Buy | 6/20 | K | | |
| 23. Daimler Chrysler Bond | B | Interest | K | T | | | | | |
| 24. BGE-Capital Trust II | B | Interest | K | T | | | | | |
| 25. G-M Acceptance Corp Bond | B | Interest | K | T | | | | | |
| 26. Sears Roebuck Acceptance Corp. Bond | B | Interest | | T | Sell | 9/18 | K | A | |
| 27. American Funds, Cap. Income Builder | C | Dividend | L | T | | | | | |
| 28. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 29. Am. Funds, Small Cap World Funds | B | Dividend | L | T | | | | | |
| 30. Am. Funds, New Perspective Fund | C | Dividend | L | T | | | | | |
| 31. Am. Funds, Investment Co. of Am. | B | Dividend | L | T | | | | | |
| 32. Am. Funds, American Balanced Fund | A | Dividend | J | T | Buy | 10/4 | J | | |
| 33. Am. Funds, Europacific Growth Fund | A | Dividend | J | T | Buy | 6/20 | J | | |
| 34. Am. Funds, Growth Fund of America | | None | J | T | Buy | 10/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Smith Barney-Bank Deposit Program (formerly Legg M. Mon Mt) | A | Interest | J | T | | | | | |
| 36. Am. Funds, Washington Mutual Investors | B | Dividend | M | T | | | | | |
| 37. Allegheny Co. Fed Credit Union -- CD | A | Dividend | J | T | | | | | |
| 38. Pfizer | A | Dividend | | T | Sell | 7/23 | J | A | |
| 39. Am Funds, Capital World Growth Inc. | B | Dividend | L | T | | | | | |
| 40. Fed Ex Corp Stock | A | Dividend | J | T | | | | | |
| 41. American General Insurance | A | Interest | J | T | | | | | |
| 42. Mass Mutual Life Policy | D | Dividend | K | T | | | | | |
| 43. National City Bank - Bank Acct. | A | Interest | J | T | | | | | |
| 44. Countrywide Bank - C.D. | B | Interest | | T | Redeem | 6/6 | L | | |
| 45. Countrywide Bank - C.D. | C | Interest | | T | Redeem | 6/15 | M | | |
| 46. Countrywide Bank - C.D. | B | Interest | | T | Redeem | 5/10 | K | | |
| 47. National City Bank - C.D. | A | Interest | J | T | | | | | |
| 48. Parkvale Bank - -Savings Cert. | A | Interest | | T | Redeem | 6/10 | K | | |
| 49. Term Share Certificate Tri-Boro Fed. Credit Union | A | Interest | | T | Sell | 10/5 | K | | |
| 50. Term Share Certificate Tri-Boro Fed. Credit Union | A | Interest | | T | Sell | 10/3 | J | | |
| 51. American Funds, Washington Mutual | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity, Equity Income, IRA | B | Dividend &cap gain | K | T | Part Redeem | 12/1 | J | | |
| 53. Fidelity, Equity Income Individual | A | Dividend | L | T | Buy | 12/1 | J | | |
| 54. Fidelity, Canada | A | Dividend | K | T | Buy | 7/16 | K | | |
| 55. Fidelity, Latin America | A | Dividend | K | T | Buy | 7/16 | K | | |
| 56. Fidelity, Nordic | A | Dividend | J | T | Buy | 7/16 | J | | |
| 57. Fidelity, Southeast Asia | A | Dividend | J | T | Buy | 7/16 | J | | |
| 58. Fidelity, Convertible Securities | A | Dividend | K | T | Buy | 7/16 | K | | |
| 59. Fidelity, International Discovery | A | Dividend | K | T | Buy | 7/16 | J | | |
| 60. Bank of America, stock | A | Dividend | | T | Sell | 9/13 | J | | |
| 61. Wal-Mart Stores, Inc., stock | A | Dividend | J | T | | | | | |
| 62. Fed-Ex Corp, stock | A | Dividend | | T | Sell | 9/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544